Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of liquefied petroleum gas similar in all material respects to that the subject of *Arthur J. Humphreys* v. *United States* (43 Cust. Ct. 103, C.D. 2112), the claim of the plaintiff was sustained.

No. 64673.—F. E. Macartney, Inc. v. United States, protest 59/6613 (Duluth).

Opinion by MOLLISON, J. At the trial, all of the official papers were offered in evidence, an examination of which disclosed that the merchandise was used as pickets in the manufacture of snow fencing. On the record presented, the claim of the plaintiff was sustained.

No. 64674.—Wolf Tayne v. United States, protests 58/3048, 58/3049, and 324601–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo sticks similar in all material respects to those the subject of Abstract 63989, the claim of the plaintiff was sustained.

No. 64675.—Mitteldorfer Straus, Inc., et al. v. United States, protests 330572–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

No. 64676.—Mitteldorfer Straus, Inc. v. United States, protest 59/11480 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiff was sustained.

No. 64677.—Walter Hatches, Inc., and W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protest 59/23898 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

No. 64678.—Shell Chemical Corp. *v.* United States, protest 58/9678 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of teepol the same in all material respects as that the subject of *United States* v. *Shell Oil Co., Inc., et al.* (44 C.C.P.A. 54, C.A.D. 637), the claim of the plaintiff was sustained.

No. 64679.—Nordic Trading Co., Inc. *v.* United States, protest 58/10557 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C.D. 1862), the claim of the plaintiff was sustained.

No. 64680.—Pressure Castings, Inc. *v.* United States, protests 148038–K and 148039–K (Cleveland).